**Isaiah HARLEY, Plaintiff–Appellant,**

v.

**Victoria A. LAMBERT; Lucent Technologies, Incorporated, Defendants–Appellees.**

No. 01–1346.

United States Court of Appeals, Fourth Circuit.

Submitted May 31, 2001.

Decided June 8, 2001.

Isaiah Harley, pro se.

Before WILKINS, TRAXLER, and KING, Circuit Judges.

PER CURIAM.

Isaiah Harley seeks to appeal an order of the district court purportedly entered on March 2, 2001. The district court docket sheet reflects that there was no order entered by the court on or around that date. To the extent Harley seeks to appeal the district court's order filed on September 28, 1999, and entered on the district court's docket on September 29, 1999, dismissing his civil complaint as frivolous, Harley already has appealed that order, and we affirmed the district court's dismissal. *Harley v. Lambert,* No. 99–2403 (4th Cir. Dec. 21, 1999) (unpublished). We therefore dismiss this appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*